B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Diamond Oaks Vineyards, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Biagi Brothers**<br>787 Airpark Rd.<br>Napa, CA 94558 | **Biagi Brothers**<br>787 Airpark Rd.<br>Napa, CA 94558 | | | 28,847.26 |
| **Central Valley Building Supply**<br>P.O. Box 5749<br>Napa, CA 94581 | **Central Valley Building Supply**<br>P.O. Box 5749<br>Napa, CA 94581 | | | 19,179.39 |
| **Crop Care Associates**<br>P.O. Box 2419<br>Yountville, CA 94599 | **Crop Care Associates**<br>P.O. Box 2419<br>Yountville, CA 94599 | | | 6,640.00 |
| **Del Starrett Architect**<br>201 Concourse Blvd., Ste. A<br>Santa Rosa, CA 95403 | **Del Starrett Architect**<br>201 Concourse Blvd., Ste. A<br>Santa Rosa, CA 95403 | | | 35,779.53 |
| **Demptos Napa Cooperage**<br>1050 Soscol Ferry Rd.<br>Napa, CA 94588 | **Demptos Napa Cooperage**<br>1050 Soscol Ferry Rd.<br>Napa, CA 94588 | | | 16,950.00 |
| **Exxon Mobil Credit Card**<br>P.O. Box 688941<br>Des Moines, IA 50368-8941 | **Exxon Mobil Credit Card**<br>P.O. Box 688941<br>Des Moines, IA 50368-8941 | | | 4,736.39 |
| **Farm Plan**<br>P.O. Box 4450<br>Carol Stream, IL 60197 | **Farm Plan**<br>P.O. Box 4450<br>Carol Stream, IL 60197 | | | 13,311.89 |
| **Franchise Tax Board**<br>Attn: Legal Dept./Chief Counsel<br>P.O. Box 2229<br>Sacramento, CA 95812-2229 | **Franchise Tax Board**<br>Attn: Legal Dept./Chief Counsel<br>P.O. Box 2229<br>Sacramento, CA 95812-2229 | 2007 estimated tax | | 37,000.00 |
| **Francoise Guberman dba Tonnerllerie Sirugue USA**<br>c/o Idell & Seitel<br>465 California St., Ste. 300<br>San Francisco, CA 94104 | **Francoise Guberman dba Tonnerllerie Sirugue USA**<br>c/o Idell & Seitel<br>San Francisco, CA 94104 | | | 36,820.32 |
| **Gevas Heavy Transport, Inc.**<br>P.O. Box 234<br>Cazadero, CA 95421 | **Gevas Heavy Transport, Inc.**<br>P.O. Box 234<br>Cazadero, CA 95421 | | | 10,170.40 |

B4 (Official Form 4) (12/07) - Cont.

In re **Diamond Oaks Vineyards, Inc.** Case No. _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Grey Creek Viticultural Services, Inc.**<br>P.O. Box 816<br>Geyserville, CA 95441 | **Grey Creek Viticultural Services, Inc.**<br>P.O. Box 816<br>Geyserville, CA 95441 | | | 4,425.07 |
| **M&M Services, Inc.**<br>590 Caletti Ave.<br>Windsor, CA 95492 | **M&M Services, Inc.**<br>590 Caletti Ave.<br>Windsor, CA 95492 | | | 5,348.43 |
| **Martinez Orchards, Inc.**<br>4570 Putah Creek Rd.<br>Winters, CA 95694 | **Martinez Orchards, Inc.**<br>4570 Putah Creek Rd.<br>Winters, CA 95694 | | | 27,349.35 |
| **Pablo Covarriuvius**<br>304 Taylor View Dr.<br>Santa Rosa, CA 95404 | **Pablo Covarriuvius**<br>304 Taylor View Dr.<br>Santa Rosa, CA 95404 | | | 20,416.00 |
| **Pape Material Handling Exchange**<br>P.O. Box 5077<br>Portland, OR 97208 | **Pape Material Handling Exchange**<br>P.O. Box 5077<br>Portland, OR 97208 | | | 10,448.32 |
| **PMS Instrument Company**<br>1725 Geary St., SE<br>Albany, OR 97322 | **PMS Instrument Company**<br>1725 Geary St., SE<br>Albany, OR 97322 | | | 2,845.00 |
| **Rainbow Agricultural Services**<br>235 East Perkins St.<br>Ukiah, CA 95482 | **Rainbow Agricultural Services**<br>235 East Perkins St.<br>Ukiah, CA 95482 | | | 7,844.08 |
| **Roberto Perez**<br>P.O. Box 262<br>Napa, CA 94581 | **Roberto Perez**<br>P.O. Box 262<br>Napa, CA 94581 | | | 41,986.00 |
| **Tracer Environmental Services**<br>970 Los Valleitos Blvd., Ste. 100<br>San Marcos, CA 92069 | **Tracer Environmental Services**<br>970 Los Valleitos Blvd., Ste. 100<br>San Marcos, CA 92069 | | | 11,275.00 |
| **TriCal, Inc.**<br>P.O. Box 1327<br>Hollister, CA 95024-1327 | **TriCal, Inc.**<br>P.O. Box 1327<br>Hollister, CA 95024-1327 | | | 5,403.99 |

B4 (Official Form 4) (12/07) - Cont.

In re **Diamond Oaks Vineyards, Inc.** Case No. _____
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 14, 2009**       Signature **/s/ Dinesh Maniar**
                                                                             **Dinesh Maniar**
                                                                            **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.