```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtor
 5
 6              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
 7
 8   IN RE:                        CASE No. 09-12995

 9                                 CHAPTER 11
     DIAMOND OAKS VINEYARDS, INC.,
10                                 APPLICATION TO EMPLOY ATTORNEY
                                   UNDER GENERAL RETAINER,
11        DEBTOR.              /   AFFIDAVIT
                                   OF PROPOSED ATTORNEY TO BE
12                                 EMPLOYED UNDER GENERAL RETAINER,
                                   and ORDER AUTHORIZING EMPLOYMENT
13                                 OF ATTORNEY UNDER GENERAL
                                   RETAINER
14
15      TO:   THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY

16  COURT JUDGE:

17      The Application of Diamond Oaks Vineyards, Inc., Debtor herein,

18  respectfully represents:

19      1.   Applicant is the Debtor in the above-captioned Chapter 11

20  proceeding.

21      2.   Applicant wishes to retain DAVID N. CHANDLER, p.c., a

22  professional corporation employing attorneys duly admitted to

23  practice in this Court, to represent it as general counsel before

24  this Court in the above-captioned case and provide it assistance

25  relative to the related case.

26      3.   To the best of Applicant's knowledge, DAVID N. CHANDLER,

27  p.c., does not have any connection with the Debtor, its creditors or

28  any other party in interest, or their respective attorneys or
```

accountants, the United States Trustee or any person employed in the office of the United States Trustee, and represents no interest adverse to the estate in the matters upon which it is to be retained, except as may be stated in the Affidavit of David N. Chandler, filed herewith.

WHEREFORE, it is respectfully requested that the Debtor be authorized to employ DAVID N. CHANDLER, p.c. under a general retainer agreement, to represent Debtor in the above-captioned case before this Court, and that Debtor have such other and further relief as is just and proper.

Dated: 10/14/2009      /s/ James T. Graeb
                       JAMES T. GRAEB,
                       Secretary

### AFFIDAVIT OF PROPOSED ATTORNEY TO BE EMPLOYED UNDER GENERAL RETAINER

DAVID N. CHANDLER, being duly sworn, deposes and says:

1. I am an attorney at law, admitted to practice before all courts of the State of California, as well as this Court. I maintain an office at 1747 Fourth Street, Santa Rosa, California.

2. Insofar as I have been able to ascertain, I do not, nor does any member/employee of my firm, David N. Chandler, p.c., have any connection with the Debtor herein, its creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee except as stated herein.

3. Insofar as I have been able to ascertain, I do not represent any interest adverse to that of the estate of the debtor in the matters upon which I am to be engaged. I have never

represented and have no prior contacts with the Debtor herein. I have no connections with any creditors insofar as known and represent no interests and have no interests except as stated herein.

    4. The connections set forth herein are intended to comply with the disclosure requirements of Section 327 as set forth in <u>In re Park Helena Corp.</u>, 63 F.3d 877, 882 (9th Cir. 1995).

    5. The following connections exist between the Declarant and the Debtor herein:

        a. The declarant and the Debtor had an attorney client relationship prior to the within Application upon consultation;

        b. Declarant and Debtor have electronic connections through internet service providers and telephone systems.

    6. The forgoing connections set forth in paragraph 5 hereof are the only connections known to the Declarant which Declarant has with the Debtor.

    7. The following connections exist between the Declarant and creditors of the Debtor herein:

        a. Declarant currently, and has in the past, represent[ed] debtors in unrelated matters who [which] have creditors in common with the Debtor herein and have discharged all or a portion of the claims of such creditors; and

        b. Declarant has creditors in common with the Debtor, i.e., Pacific Gas and Electric Company, and IRS.

    8. Declarant has no known connections with any creditor in the case their attorneys or accountants, except as set forth in paragraph 7 hereof.

    9. Based on the foregoing, I am a disinterested person within

the meaning of Section 101(13) and 327 of the Bankruptcy Code. David N. Chandler, p.c. is disinterested.

10. I am well qualified to represent the Debtor generally herein, and am willing to accept employment on the basis set forth in the annexed application.

11. My hourly rate is $385.00 per hour for my time, $265.00 per hour for associate attorney time and $110.00 per hour for paralegal time.

12. Affiant has advised the Debtor of my willingness to serve as its counsel under a general retainer based on time and standard billable charges.

Dated: 10/14/09     /s/ David N. Chandler
                    DAVID N. CHANDLER
                    Attorney for Debtor

ORDER AUTHORIZING EMPLOYMENT OF
ATTORNEY UNDER GENERAL RETAINER

Upon the application of Diamond Oaks Vineyards, Inc., the Debtor herein, dated October 14, 2009, for an order authorizing it to employ and retain DAVID N. CHANDLER, p.c. as its attorney under a general retainer, and upon the annexed affidavit of David N. Chandler, sworn to on October 14, 2009, and it appearing that DAVID N. CHANDLER is duly admitted to practice before this court, and the court being satisfied that said attorney, along with his firm, David N. Chandler, p.c., represents no interest adverse to the estate with respect to matters upon which he is to be engaged, that he is a disinterested person under Section 101(13) and 327 of Title 11, United States Code, that his employment is necessary and would be in the best interest of the estate, and sufficient cause appearing

therefore:

IT IS SO ORDERED that Diamond Oaks Vineyards, Inc., be and is hereby authorized to employ and retain DAVID N. CHANDLER, p.c. as its attorney under a general retainer to perform all of the services set forth in the annexed application, with such compensation as is approved by the court.

Dated: October 29, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge