```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtor
 5
 6                  UNITED STATES BANKRUPTCY COURT
 7                  NORTHERN DISTRICT OF CALIFORNIA
 8   IN RE:                          CASE No. 09-12995
 9                                   CHAPTER 11
     DIAMOND OAKS VINEYARDS, INC.,
10                                   MOTION FOR ORDER AUTHORIZING
                                     USE OF CASH COLLATERAL;
11       DEBTOR.                /    DECLARATION OF JAMES GRAEB;
                                     MEMORANDUM OF POINTS AND
12                                   AUTHORITIES
                                     Date: April 9, 2010
13                                   Time:  9:00 a.m.
                                     Place: 99 South E St.
14                                          Santa Rosa, Ca
15
16       TO: HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY
17  JUDGE:
18       DIAMOND OAKS VINEYARDS, INC., Debtor herein, by and through
19  counsel, hereby moves the above entitled Court for an Order
20  Authorizing Use of Cash Collateral consistent with the budget as
21  set forth in the appended Declaration.
22       Said Motion is made on the grounds that the Hartford Insurance
23  Company contends it is secured by proceeds derived from the 2009
24  crop severed from the real property collateral of Hartford.  Such
25  proceeds are required to maintain the vines in production and to
26  pay the property taxes as same accrue.
27       Said Motion is made and based on the within Motion, the
28  Declaration of James Graeb, and the Memorandum of Points and
```

1

Authorities appended hereto.

Dated: 4/8/10   DAVID N. CHANDLER, p.c.

By: */s/ David N. Chandler*
DAVID N. CHANDLER,
Attorney for Debtor

## DECLARATION OF JAMES GRAEB

I, James Graeb, declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. I am the responsible managing officer of the Debtor in the within Chapter 11 case.

3. Hartford Insurance Company is secured by Deed of Trust on the two vineyard properties of the Debtor located in Napa County, California, but not by the vineyard in Sonoma County.

4. The Debtor received proceeds of the sale of the grape crops severed from all three vineyards paid by Dutcher Creek Vineyards, Inc. Said proceeds were received in a single payment and deposited in the DIP Account of the Debtor. The collateral of Hartford produced the following in the 2009 harvest:

    a. 4500 St. Helena Vineyard
       125 Tons, $375,000.00

    b. 4531 St. Helena Vineyard
       10 tons, $30,000.00

5. In order to care for the current crop and to maintain the property, the Debtor incurs expenses on an annual basis and incurred same, or a portion of same after the commencement of the case. Debtor continues to incur expenses in anticipation of the 2010 crop.

6. Insurance is currently in effect, however, a premium is

due and payable.

7. Debtor has contended that Hartford is not secured by such proceeds and has no interest therein. Hartford contends that it does have an interest.

8. The value of the vineyards exceeds the secured debt due Hartford and Hartford is adequately protected by the real property collateral.

9. It is in the best interests of the estate and creditors, including Hartford Insurance Company to continue pay property taxes and insurance and provide care for the vines and growing crop.

10. The Debtor proposes to pay such expenses from the proceeds of the severed crops as set forth in Exhibit A, including, but not limited to the real property taxes, over the next 90 days to care for the vines and provide for the anticipated 2010 crop.

Executed under penalty of perjury this 7th day of April, 2010 at San Francisco, California.

                                        /s/ James Graeb
                                        James Graeb

MEMORANDUM OF POINTS AND AUTHORITIES

DIAMOND OAKS VINEYARDS, INC., Debtor herein, submits the following authorities in support of its Motion for Order Authorizing Use of Cash Collateral:

1. The within case was filed on September 14, 2009 pursuant to Chapter 11 of the Code.

2. The real property located at 4500 and 4531, St. Helena Hwy., Calistoga, CA is property of the within estate and encumbered by a first priority Deed of Trust in favor of Hartford Insurance Company.

1     3.    Said property annually produces a crop.

2     4.    Certain expenses must be paid periodically to maintain the property, crop and for harvesting the crop. The expenses projected over the next 90 days are set forth in the Budget attached hereto as Exhibit A.

    5.    Hartford contends that the portion of the proceeds of the 2009 crop allocable to the two vineyards in Napa County are cash collateral of Hartford. While the Debtor disputes the interest of Hartford in the proceeds, it does not desire to misuse cash collateral of Hartford.

    6.    The Debtor may not use cash collateral unless (A) the entity having an interest consents, or (B) the court, after notice and hearing authorizes such use. Section 363(c)(2).

    7.    A hearing on a cash collateral motion shall be scheduled in accordance with the needs of the Debtor. Section 363(c)(3).

    8.    Debtor requires the use of cash collateral to pay expenses as set forth in Exhibit A and to pay current insurance premiums which are now due.

    9.    It is respectfully submitted that the Debtor be authorized to utilize crop proceeds pursuant to the said budget and to pay such expenses as budgeted therefore as same are incurred.

Dated:    4/8/10                              DAVID N. CHANDLER, p.c.

                                                By: */s/ David N. Chandler*
                                                DAVID N. CHANDLER,
                                                Attorney for Debtor

```
            Cash Collateral Budget - 90 Day Period
                          (Expenses)

4500 St. Helena Hwy., Calistoga, CA

   Operatonal:
      Payroll Expenses                      $2,500.00
      Contract Services - Field Labor        1,450.00
      Administration Fees                    1,000.00
      Vineyard Repair and Maint.               520.00
      Leafing and Suckering                  2,300.00
      Fumigation                             2,335.00
      Disking                                  300.00
      Fertilization                            150.00
      Chemicals & Additives                    525.00
      Equipment Rental                         100.00
      Irrigation System & Wells                100.00
                                                              $11,790.00
   Property:
      Property & Liability Insurance        17,420.00
      Secured Tax Roll                       6,850.00
                                                               24,720.00

                           Total                               36,060.00


4531 St. Helena Hwy., Calistoga, CA

   Operational:
      Payroll Expenses                       2,500.00
      Contract Services - Field Labor          400.00
      Administration Fees                    1,000.00
      Vineyard Repair & Maint.                 150.00
      Leafing & Suckering                      600.00
      Fumigation                               750.00
      Disking                                  100.00
      Fertilization                             75.00
      Chemicals & Additives                    150.00
      Utilities                                150.00
      Equipment Rental                         100.00
      Irrigation System &Wells                 100.00
                                                                6,075.00

   Property:
      Property & Liability Ins.                  -0-
      Secured Tax Roll                       3,750.00
                                                                3,750.00

                           Total                               $9,825.00
```